UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

INTERNATIONAL EXCHANGE SERVICES, LLC ,

                Debtor.
-------------------------------------------------------------------x
DEBRA KRAMER as Trustee of the Estate of
INTERNATIONAL EXCHANGE SERVICE, LLC,

                Plaintiff,

  -against-

MATTHEW THIELEN,

                Defendant.
-------------------------------------------------------------------x

Chapter 7

Case No. 13-40909-ess

Adv. Pro. No.: 13-1470-ess

## **DEFAULT JUDGMENT**

UPON the Application ("Application") of Debra Kramer ("Trustee" or "Plaintiff"), Trustee of the Estate of International Exchange Services, LLC, the debtor ("Debtor") herein, for the entry of default judgment ("Default Judgment") against Matthew Thielen, the defendant ("Defendant") herein, by and through her attorneys, The Law Offices of Avrum J. Rosen, PLLC, seeking the entry of this default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure made applicable through Rule 7055 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking a declaratory judgment determining that: (a) the Debtor is the "alter ego" of the Defendant; (b) the assets of Thielen as of the date of the filing are assets of the estate; and judgment directing the Defendant to turn over his assets as of the date of the filing and judgment in an amount to be determined by the Court for breach of fiduciary duty; and it

appearing that notice of said Application having been served upon the Defendant, all parties entitled to notice of said Application, and the Office of the United States Trustee; and there being no opposition to said Application; and matter having come before the Court on April 1, 2014; and no one having appeared in opposition thereto; and good and sufficient cause appearing therefore; and the Court having directed the Plaintiff to settle the Order on notice; and it appearing that Notice of Presentment of the Proposed Order having been served upon the Defendant; and the Order having been presented to the Court for signature on April 14, 2014; and no opposition having been made; it is

**ORDERED, ADJUDGED AND DECREED** that the Debtor is the alter ego of the Defendant; and it is

**FURTHER ORDERED, ADJUDGED AND DECREED,** that the assets of the Defendant as of the date of the filing of the petition are the assets of the estate; and it is

**FURTHER ORDERED, ADJUDGED AND DECREED**, that the Defendant is directed to turn over his assets as of February 20, 2013, the date of the filing of the petition; and it is

**FURTHER ORDERED, ADJUDGED AND DECREED**, that Defendant breached his fiduciary duty to the Debtor in an amount to be determined; and it is

**FURTHER ORDERED, ADJUDGED AND DECREED** that the Clerk of the Court is hereby directed to enter this Default Judgment against the Defendant.



Dated: Brooklyn, New York
April 17, 2014

_____
Elizabeth S. Stong
United States Bankruptcy Judge